**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 29 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JERRY CANKAT,

                Plaintiff,

- against -

NJ OF FLUSHING INC., a New
York for profit corporation,

                Defendant.

Case No.: 1:15-CV-3383-ILG-LB

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed with prejudice in its entirety without fees or costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
       February 26, 2016

ADA ACCESSIBILITY ASSOCIATES

_____
Tara Demetriades, Esq.
*Attorneys for Plaintiff*
1076 Wolver Hollow Road
Oyster Bay, New York 11771
516-595-5009
tdemetriades@aol.com

Kevin Kerveng Tung, P.C.
~~LEWIS BRISBOIS BISGAARD & SMITH LLP~~

_____
Song Chen, Esq.
*Attorneys for Defendant*
~~KEVIN KERVENG TUNG, P.C.~~ NJ of Flushing Inc.
136-20 38th Avenue, 3D
Flushing, New York 11354
Tel: (718) 939-4633
schen@kktlawfirm.com

SO ORDERED:

_____
U.S.D.J.

2/29/16